NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAMUEL L. WEATHERSPOON,                )
                                       )
            Appellant,                 )
                                       )
v.                                     )            Case No. 2D18-1770
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed February 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada,
Judge.

Samuel L. Weatherspoon, pro se.


PER CURIAM.


            Affirmed.



NORTHCUTT, MORRIS, and LUCAS, JJ., Concur.